# Exhibit 2

| US7552870B2 | Robinhood ("The accused instrumentality") |
| --- | --- |
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>*<u>Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,</u> even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data processing, among others.*<br><br>**Col 7: lines 59-67, Col 8: line 1**<br><br>*The Use Earned Balance (307) field is used by the System to determine whether any* | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning stocks through referral and redeeming those stocks for fractional shares of other companies, etc.).<br><br>As shown below, the accused instrumentality provides a referral program that allows members to earn and redeem stocks for purchasing fractional shares of other companies, etc. Further, it offers an 'Invite Friends' program that allows members to earn stocks by inviting friends to join the referral program. The member (referrer) earns \$5- \$200 stocks for each successful sign-up; the referred friend completes. The member can refer and earn up to \$1500 stocks annually. The stock earned can be redeemed by the member for purchasing fractional shares of other companies, etc.<br><br><br> |

| | |
|---|---|
| *Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. In the case of 'First', any earned balance is used ahead of any cash balance available for the Network User Device (i.e. it is trading Network Resources).*<br><br>**Col 8: lines 20-30**<br><br>*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner. The Account Record may be owned by a* | https://robinhood.com/us/en/<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| *registered Trading System User, a registered Network Resource Access Gateway or a registered Network Device. For a Trading System User, the Account Record may store either an Earned Balance or a Cash Balance. An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access Gateway Operator.* | **How to invite friends**<br><br>**App**<br><br>1. Select **Earn stock**<br>2. Select **Invite contacts** or **Share link** to invite your friends<br><br>**Web classic**<br><br>1. Select **Rewards**<br>2. Select **Share link** to invite your friends<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br><br><br>https://www.youtube.com/watch?v=mGg7b8jkZ3U |

Robinhood US Log in Sign up

KEEP IN MIND

You can receive up to $1,500 in gift stocks each calendar year, so feel free to spread the word. Limitations apply.

https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/

## Stock reward limit

You can receive up to $1,500 in stocks per year through this program, and the price of the stock you receive will be listed in **Statements & History**. You'll stop receiving gift stock after you meet your $1,500 limit.

https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/

# How to claim it

Once your gift stock is ready, we'll send you a notification prompting you to claim your reward. If you don't use the notification, you can claim your gift stock in **Earn stock** in the app or in **Rewards** on the web.

https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/




https://www.youtube.com/watch?v=mGg7b8jkZ3U

| | |
|---|---|
| | **Reward value**<br><br>The cash value you receive could be anywhere between $5 and $200. Keep in mind, approximately 99% of customers will get stock worth $5. You can use this reward to claim a fractional share of a stock.<br><br>KEEP IN MIND<br><br>Your invitees in the US will need to successfully sign up, get approved, and link their bank or debit card to get the reward.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | **Upgrades to the referral program**<br><br>You may notice things look a little different with our referral program. Before, you wouldn't have a chance to pick the stock. Now you're able to pick the stock yourself from a list of our top traded companies.<br><br>You will earn a specified dollar amount for your gift stock. You can use the cash value toward fractional shares of the companies offered. Fractional shares are pieces, or fractions, of whole shares of a company.<br><br>The list of companies you can choose from are selected by market cap for their respective sectors.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br>**When can I sell it?**<br><br>You're allowed to sell your gift stock **3 trading days** after you claim it. Once you've sold it, you're free to use the proceeds from the sale towards other stocks that you want to invest in.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | **Offer:** For eligible customers, Robinhood will provide a certain dollar amount of rewards in the customer's individual Robinhood taxable brokerage account, and the eligible customer must use that dollar amount entirely on purchases of whole or fractional shares of stocks that Robinhood makes available through this program. The 26 stocks that are available to choose from are selected by choosing the 2 largest S&P 500 companies within the top 13 sectors based on market cap, per August 29, 2025 data shown by TradingView, an unaffiliated entity. Occasionally, Robinhood's inventory of settled shares may not include any given stock among this group for various reasons, including if Robinhood is out of inventory for any given stock or fractional stock. Neither receipt of a share or a<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user;<br><br>**Col 14: lines 43-51**<br><br>*A central element of the invention is allowing credit balances earned* | The accused instrumentality practices applying network usage credits (e.g., crediting points to the member's account) to a user (e.g., a referrer i.e., an existing member of the referral program) of having an account (e.g., a member account) for accumulating credits (e.g., crediting points to the member's account) based upon usage (e.g., completing signup using Robinhood account) by at least one third party (e.g., a referred friend) of a first network resource (e.g., Robinhood account of the referred friend, etc.) operated by said user (e.g., signing up via the referrer link).<br><br>As shown below, the accused instrumentality provides a referral program that allows members to earn and redeem stocks for purchasing fractional shares of other companies, etc. Further, it offers an 'Invite Friends' program that allows members to earn stocks by inviting friends to join the referral program. The referred friend needs to sign up via the invite link sent by the member to earn stock shares. The member (e.g., a user) earns $5-$200 stocks (e.g., network usage credits) for each successful sign up, the referred friend |

| | |
|---|---|
| *through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway.* *In this embodiment of the invention, which provides broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | (e.g., a third party) completes using his Robinhood account (e.g., a first network resource). The member can refer and earn up to $1500 stocks annually.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | Robinhood US Log in Sign up<br><br>KEEP IN MIND<br><br>You can receive up to $1,500 in gift stocks each calendar year, so feel free to spread the word. Limitations apply.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br>**Stock reward limit**<br><br>You can receive up to $1,500 in stocks per year through this program, and the price of the stock you receive will be listed in **Statements & History**. You'll stop receiving gift stock after you meet your $1,500 limit.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

# How to invite friends

third party

## App

1. Select **Earn stock**
2. Select **Invite contacts** or **Share link** to invite your friends

## Web classic

1. Select **Rewards**
2. Select **Share link** to invite your friends

https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/




https://www.youtube.com/watch?v=mGg7b8jkZ3U

# How to claim it

Once your gift stock is ready, we'll send you a notification prompting you to claim your reward. If you don't use the notification, you can claim your gift stock in **Earn stock** in the app or in **Rewards** on the web.

https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/




https://www.youtube.com/watch?v=mGg7b8jkZ3U

| | |
|---|---|
| | **Upgrades to the referral program**<br><br>You may notice things look a little different with our referral program. Before, you wouldn't have a chance to pick the stock. Now you're able to pick the stock yourself from a list of our top traded companies.<br><br>You will earn a specified dollar amount for your gift stock. You can use the cash value toward fractional shares of the companies offered. Fractional shares are pieces, or fractions, of whole shares of a company.<br><br>The list of companies you can choose from are selected by market cap for their respective sectors.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | Reward value<br><br>The cash value you receive could be anywhere between $5 and $200. Keep in mind, approximately 99% of customers will get stock worth $5. You can use this reward to claim a fractional share of a stock.<br><br>KEEP IN MIND third party<br><br>Your invitees in the US will need to successfully sign up, get approved, and link their bank or debit card to get the reward.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a | The accused instrumentality practices substantially immediately processing a request (e.g., a request with Robinhood, etc.) by said user (e.g., a referrer i.e., an existing member of the referral program) for usage (e.g., purchasing fractional shares, etc.) of a second network resource (e.g., a participating company, etc.) operated by a fourth party (e.g., a participating company where the member redeems their shares, etc.) and allowing access to said second network resource (e.g., a participating company, etc.) if said user (e.g., a referrer i.e., an existing member of the referral program) has at least a predetermined amount of said network usage credits (e.g., required stock shares to purchase fractional shares, etc.) wherein said first ( e.g., Robinhood account of the referred friend, etc.) and second resources (e.g., a participating company, where the member redeems their shares, etc.) have a registered resource sharing arrangement (e.g., agreement between the accused instrumentality and the participating company) in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a referral program that allows |

| | |
|---|---|
| registered resource sharing arrangement in a connected system.<br><br>Col 17: lines 3-11<br><br>*The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization.* *If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:*<br><br>Col 17: lines 20-23 | members to earn and redeem stocks for purchasing fractional shares of other companies, etc. Further, it offers an 'Invite Friends' program that allows members to earn stocks by inviting friends to join the referral program. The member (e.g., a user) earns $5- $200 stocks for each successful sign up; the referred friend completes using his Robinhood account. The member can refer and earn up to $1500 stocks annually. The stocks earned can be redeemed by the member (e.g., a user) for purchasing fractional shares of other companies (e.g., a second network resource), etc.<br><br>As shown below, the accused instrumentality provides a referral reward program where a member earns a specified dollar amount as a stock reward. When the member (e.g., a user) requests to purchase fractional stocks, the reward is redeemed as cash value towards the shares of stocks offered by different companies. The system checks the member's account balance to determine if the member is eligible to purchase stocks of other companies (e.g., fourth party). |

| | |
|---|---|
| *Alternatively, if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C) and added to the Total Credit Reservations (405C) for the Account.* | Robinhood US Log in Sign up<br>Help Center > Getting started > Explore products and features<br>**Invite friends, pick stock**<br>We think investing is better with friends. So for each US friend you as a US resident invite to join, you'll both earn gift stock. You and your friend both get to pick your own stock of America's leading companies if you have the correlated promotional screen in your Robinhood account.<br>As soon as your friend signs up, gets approved, and links their bank or debit card, then you'll both receive gift stock.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | How to invite friends<br><br>**App**<br><br>1. Select **Earn stock**<br>2. Select **Invite contacts** or **Share link** to invite your friends<br><br>**Web classic**<br><br>1. Select **Rewards**<br>2. Select **Share link** to invite your friends<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br>https://www.youtube.com/watch?v=mGg7b8jkZ3U |

| | |
|---|---|
| | Robinhood US Log in Sign up<br><br>KEEP IN MIND<br><br>You can receive up to $1,500 in gift stocks each calendar year, so feel free to spread the word. Limitations apply.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br>**Stock reward limit**<br><br>You can receive up to $1,500 in stocks per year through this program, and the price of the stock you receive will be listed in **Statements & History**. You'll stop receiving gift stock after you meet your $1,500 limit.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | How to claim it<br><br>Once your gift stock is ready, we'll send you a notification prompting you to claim your reward. If you don't use the notification, you can claim your gift stock in **Earn stock** in the app or in **Rewards** on the web.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br>https://www.youtube.com/watch?v=mGg7b8jkZ3U |

| | |
|---|---|
| | **Upgrades to the referral program**<br><br>You may notice things look a little different with our referral program. Before, you wouldn't have a chance to pick the stock. Now you're able to pick the stock yourself from a list of our top traded companies.<br><br>You will earn a specified dollar amount for your gift stock. You can use the cash value toward fractional shares of the companies offered. Fractional shares are pieces, or fractions, of whole shares of a company.<br><br>The list of companies you can choose from are selected by market cap for their respective sectors.<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | **Reward value**<br><br>The cash value you receive could be anywhere between $5 and $200. Keep in mind, approximately 99% of customers will get stock worth $5. You can use this reward to claim a fractional share of a stock.<br><br>KEEP IN MIND<br><br>Your invitees in the US will need to successfully sign up, get approved, and link their bank or debit card to get the reward.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br><br>**When can I sell it?**<br><br>You're allowed to sell your gift stock **3 trading days** after you claim it. Once you've sold it, you're free to use the proceeds from the sale towards other stocks that you want to invest in.<br><br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/ |

| | |
|---|---|
| | **Offer:** For eligible customers, Robinhood will provide a certain dollar amount of rewards in the customer's individual Robinhood taxable brokerage account, and the eligible customer must use that dollar amount entirely on purchases of whole or fractional shares of stocks that Robinhood makes available through this program. The 26 stocks that are available to choose from are selected by choosing the 2 largest S&P 500 companies within the top 13 sectors based on market cap, per August 29, 2025 data shown by TradingView, an unaffiliated entity. Occasionally, Robinhood's inventory of settled shares may not include any given stock among this group for various reasons, including if Robinhood is out of inventory for any given stock or fractional stock. Neither receipt of a share or a<br>https://robinhood.com/us/en/support/articles/invite-friends-pick-stock/<br>As shown below an exemplary such that when the member requests to purchase fractional stocks, the reward is redeemed as cash value towards the shares of stocks offered by different companies. The system determines that the required amount is available in the member's account and allows the member to redeem the reward and complete the purchase of fractional stock shares. |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=86XgXu1Rrto |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=86XgXu1Rrto |

| | |
|---|---|
| |   [https://www.youtube.com/watch?v=86XgXu1Rrto](https://www.youtube.com/watch?v=86XgXu1Rrto) |




http://youtube.com/watch?v=86XgXu1Rrto




https://www.youtube.com/watch?v=86XgXu1Rrto